IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING



FILED
10:46 am, 4/15/13
Tim J. Ellis
Clerk of Court

In re:   )
         )
LYMAN, TROY L   )   Case No. 08-20343
LYMAN, BETTY    )   Chapter 7
         )
         Debtor(s).   )
         )

ORDER COMPELLING TURNOVER OF ESTATE PROPERTY

THIS MATTER having come before the Court on the application of the Trustee for an Order to compel turnover pursuant to 11 U.S.C. Section 541 requiring the debtor to turn over property of the estate and the Court, after having examined the Motion and being fully advised in the premises finds that the Trustee's Motion to Compel Turnover from debtor should be granted, and

IT IS THEREFORE ORDERED, that the debtors, Troy and Betty Lyman, within 15 days from the date hereof, provide the Trustee with:

1. Turn over to the Trustee the calculated pro rated portion of the Debtors' 2008 IRS Income Tax Refund in the amount of $932.40.

DATED this 15 day of April, 2013.

BY THE COURT

_____
United States Bankruptcy Judge

Xc:

Troy and Betty Lyman
Po Box 1132
Moutain View, WY 82939

Clark Stith
505 Broadway
Rock Springs, WY 82901

Office of the U.S. Trustee
308 W. 21st Street, RM 203
Cheyenne, WY 82001